# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ELIJAH L. HAWTHORNE

NO. 2022 KW 0273

**JUNE 6, 2022**

---

In Re:    Elijah L. Hawthorne, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 601,117.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.** See La. Code Crim. P. art. 930.4(D); La. Code Crim. P. art. 930.8; see also **State v. Hawthorne**, 2018-1473 (La. App. 1st Cir. 1/10/19), 2019 WL 162397.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sm_
_____
DEPUTY CLERK OF COURT
     FOR THE COURT